UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 11-cv-3655 (JNE/JJK) |
| ROBERT A. WALKER, DENNIS L. DESENDER, AND DLD FINANCIAL, LTD. | : : ORDER |
| Defendants. | : : |

This matter is before the Court on Plaintiff's Unopposed Motion to Voluntarily Dismiss Monetary Claims Against Defendants Dennis L. DeSender and DLD Financial, Ltd. [ECF No. 42]. Based on the Plaintiff's submission, the Defendants' non-opposition, and the entire file of this case, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Unopposed Motion to Voluntarily Dismiss Monetary Claims Against Defendants Dennis L. DeSender and DLD Financial, Ltd. [ECF No. 42], is GRANTED; and

2. Plaintiff's monetary claims for disgorgement, prejudgment interest, and civil penalties against Defendants Dennis L. DeSender and DLD Financial, Ltd. in the above-referenced case are hereby DISMISSED WITH PREJUDICE.

Date:  February 4, 2015

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge